AO 442 (Rev. 02/2005-EDVA) Warrant for Arrest

# United States District Court
### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
v.

Reginald Williams

**WARRANT FOR ARREST**

FILED
JUN 30 2005
NANCY MAYER WHITTINGTON, CLERK

05 - 0381M - 01

CASE NUMBER : 1:89cr161

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Reginald Williams</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Supervised Release Violation Petition

charging him or her with (brief description of offense):

Violation of Supervision - See Attached Petition

In Violation of Title <u>18</u> United States Code, Section(s) <u>3583</u>

RECEIVED U.S. MARSHALS
2005 JUN 22 A 6: 26
E/D VA ALEXANDRIA

Jenny Cupp
Name of Issuing Officer

/s/ Jenny Cupp
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

June 21, 2005
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ _____

by  Honorable Claude M. Hilton
    U.S. District Judge

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 6-30-05 | SEAN McLEOD | Sean McLeod |
| Date of Arrest | SDUSM | |
| 6-30-05 | | |

Jun-30-05 12:23P USMS E/VA, Alex Warrants 7032742060   P.01