UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA


FILED
JUN 17 2005
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Reginald Williams           Docket No. CR89-00161-A(01)

Petition on Supervised Release

COMES NOW Juan E. Peredo, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Reginald Williams, who was placed on supervision by the Honorable Claude M. Hilton sitting in the Court at Alexandria, Virginia, on the 3rd day of November, 1989, who fixed the period of supervision at 36 months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Shall pay a $50 special assessment.


RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

PRAYING THAT THE COURT WILL ORDER a warrant to be issued for the offender's arrest, and he be returned to Court to show cause why supervision should not be revoked.


ORDER OF COURT

Considered and ordered this 17th day of June, 2005 and ordered filed and made a part of the records in the above case.

_Claude M Hilton_
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-16-05

_Juan E. Peredo_
Juan E. Peredo
U.S. Probation Officer

Place Alexandria, Virginia

Petition on Probation
Page 2
RE: WILLIAMS, Reginald

OFFENSE: Assault Causing Serious Bodily Injury.

SENTENCE: 120 months in prison followed by 36 months supervised release with the special condition to pay a $50 special assessment fee.

ADJUSTMENT TO SUPERVISION: On September 5, 2004, the defendant commenced the 3 year term of supervised release at the United States Probation Office for the District of Columbia.

On February 10, 2005, this officer submitted a memorandum requesting that no action be taken after the defendant admitted to using heroin during the first 2 weeks in January of 2005. The defendant did not test positive for heroin during this time period. The memorandum further included a request to have the defendant's conditions amended to include the completion of a drug treatment program.

On April 11, 2005, this officer submitted a No Action Petition after the defendant tested positive for opiates on January 21, 2005, March 14, 2005, and March 15, 2005. He was also arrested for Distribution of Heroin, however, this charge was "no papered" in D.C. Superior Court. No action was recommended regarding these violations as the defendant had already been admitted to La Casa's 6 month inpatient drug treatment program.

VIOLATION: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION #8:    SHALL SUCCESSFULLY COMPLETE A SUBSTANCE ABUSE TREATMENT PROGRAM.

Senior U.S. Probation Officer Shawn Suber reports that on May 21, 2005, the defendant was unsatisfactorily discharged from the La Casa Transition and Rehabilitation Program. According to a letter from the La Casa program, the defendant was admitted into an inpatient substance abuse treatment on March 21, 2005, and was discharged on May 21, 2005. The defendant was discharged for the following reasons: 1) Deviating from a pass to the health clinic in his first week of treatment; 2) Violating escort rules; 3) Possession of a vehicle; 4) Fighting; and 5) Absconding. Based on the accumulation of the above mentioned incidents, the defendant was unsuccessfully discharged from the inpatient program.

Petition on Probation
Page 3
RE: WILLIAMS, Reginald

CONFIDENTIAL
Offender's Personal Information

| | | | |
|---|---|---|---|
| DOB: | 06/26/57 | FBI NO.: | 24980V7 |
| SSN: | 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 | REG. NO.: | Na |
| SEX: | Male | RACE: | Black |
| ADDRESS: | 2312 Skyline Terrace S.E. Washington DC 20710 | | |
| PHONE: | Unknown | | |

JEP/gw