**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 7/1/2005



Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court:
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

                            RE: 05MG381
                            Reginald Williams

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| X | Personal Recognizance Bond | | |
| X | Other- Blotter dated 6/30/05. | | |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                       Sincerely yours,

                                       Nancy Mayer-Whittington,
                                       Clerk of the Court

                                       By: _____
                                                Deputy Clerk